
NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4850
     Facsimile: (213) 894-7631
     E-mail:    Frances.Lewis@usdoj.gov

D.W. TUNNAGE
Trial Attorney
United States Department of Justice
Civil Rights Division
     601 D. Street
     Washington, D.C. 20004
     Telephone: (202) 305-2789
     Facsimile: (202) 514-6588
     E-mail:    donald.tunnage@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

E-FILED
SEP 25 2018
Document #

cc: PSA/USPC
Δ3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-674-PSG-3 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER (1) SEVERING DEFENDANT NEADERBAOMER'S TRIAL; (2) CONTINUING DEFENDANT NEADERBAOMER'S TRIAL DATE; AND (3) FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| MICHAEL TIMOTHY NEADERBAOMER, | |
| Defendant. | |
| | [PROPOSED] TRIAL DATE: December 3, 2018 |

The Court has read and considered the Stipulation Regarding Request for (1) Severance of defendant Neaderbaomer's trial; (2) Continuance of defendant Neaderbaomer's Trial Date and (3) Findings of Excludable Time Periods Pursuant to Speedy Trial Act,

filed by the parties in this matter on September 21, 2018. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a severance of defendant Neaderbaomer's trial and continuance of his trial date in this matter and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court finds that there is good cause to sever defendant Neaderbaomer's trial from that of his co-defendants, Jensen and Hutchinson. Proceeding with defendant Neaderbaomer's trial after the trial of defendants Jensen and Hutchinson is in the best interests of justice and judicial economy for the reasons set forth in the Stipulation.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. Defendant Neaderbaomer's trial is severed from the trial of defendants Jensen and Hutchinson.

2. Defendant Neaderbaomer's trial in this matter is continued from October 9, 2018, to December 3, 2018. A status conference hearing for defendant Neaderbaomer's trial is set to November 28, 2018, at 10:00 a.m.

3. If the trial of defendants Jensen and Hutchinson currently set for October 9, 2018, does not result in a verdict or is continued, that the parties will meet and confer in good faith to reach a stipulation proposing a new trial date for defendant Neaderbaomer that is at least thirty days after a verdict is reached for each defendants Jensen and Hutchinson.

4. The briefing schedule for any pretrial motions, including motions in limine shall be: motions to be filed no later than November 5, 2018, oppositions to be filed no later than November 12, 2018, and optional replies to be filed no later than November 19, 2018.

5. The government's pending Motion in Limine No. 4 to admit evidence under Rule 404(b) as it relates to defendant Neaderbaomer (Dkt. 89) shall be heard on the first day of defendant Neaderbaomer's separate trial.

6. The time period of October 9, 2018, to December 3, 2018, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

7. Defendant shall appear in Courtroom 6A of the Federal Courthouse, 350 West First Street, Los Angeles, California on November 28, 2018, at 10:00 a.m., and on December 3, 2018, at ~~8:30~~ 9:00 a.m.

8. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

3

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____  9/24/18  _____    _____
DATE                            HONORABLE PHILIP S. GUTIERREZ
                                UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Frances S. Lewis
FRANCES S. LEWIS
Assistant United States Attorney